FILED

2007 FEB 22 AM 10: 21

[DISTRICT COURT]
[CENTRAL DISTRICT OF CALIF.]
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | **07-0248M** |
| v. | |
| Audrey Renee Bell | AFFIDAVIT RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Indictment
in the Eastern District of California on 2/15/07
at ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about Oct 22, 1996 - Dec 21, 2006
in violation of Title 18 U.S.C., Section(s) 1341
to wit: _____

A warrant for defendant's arrest was issued by: Kimberly J. Mueller

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on FEB 22 2007 , by

**ROSALIND TYUS-SIMON** , Deputy Clerk.

Signature of Agent

Jesus Quezada
Print Name of Agent

Dept of Labor
Agency

Special Agent
Title

CR-52 (05/98)     AFFIDAVIT RE OUT-OF-DISTRICT WARRANT