FILED

2007 FEB 22 AM 10: 21

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Audrey Renee Bell          DEFENDANT(S).

CASE NUMBER

# 07-0248M

## REPORT COMMENCING CRIMINAL ACTION

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest __2/22/07__          __8:00__  ☒ AM / ☐ PM

2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   __Title 18 U.S.C. Section 1341__

3. Offense charged is a: ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4. U.S. Citizen: ☒ Yes    ☐ No    ☐ Unknown

5. Year of Birth: __1960__

6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

7. Place of detention (if out-of-district): __Roybal - Los Angeles__

8. Date detainer placed on defendant: _____

9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____ )

10. Name of Pretrial Services Officer: __Duty__

11. Remarks (if any): _____

12. Date: __2/22/07__          13. Signature: _____

14. Name: __Jesus Quezada__    15. Title: __Special agent__

CR-64 (07/05)          REPORT COMMENCING CRIMINAL ACTION